ALBERT A. PINCHERA, JR., ET AL. *v.*
ALBERT J. CAMPANELLI ET AL.
(6336)

SPALLONE, DALY and FOTI, Js.

Argued November 9—decision released December 5, 1988

*Irving B. Shurberg,* for the appellants (plaintiffs).
*Raymond J. Wiezalis,* for the appellees (defendants).

PER CURIAM. Our analysis of the plaintiffs' claims of error fails to disclose that the factual findings of the trial court are clearly erroneous in view of the evidence and pleadings in the whole record or that the decision is otherwise erroneous in law. Practice Book § 4061.

There is no error.